IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FRANKIE LEVI COLE,

Plaintiff,

vs.

SCOTT FRAKES, DCS Director; MICKI BAUM, DCS Records Administrator; JOHN OR JANE DOE, DCS Records Keeper; CRYSTAL RHOADES, Clerk; DENIS MCDONOUGH, VA Secretary; and BARBARA LEWIEN,

Defendants.

**8:25CV666**

**MEMORANDUM AND ORDER**

On June 9, 2026, the Court granted Plaintiff's motion to reopen this matter and ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 14. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 31st day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court